No error.

---

STATE OF NORTH CAROLINA v. WILLIE R. STITT

No. 756SC114

(Filed 7 May 1975)

APPEAL by defendant from *Rouse, Judge.* Judgment entered 18 November 1974 in Superior Court, HALIFAX County. Heard in the Court of Appeals 16 April 1975.

*Attorney General Edmisten, by Associate Attorney William H. Guy, for the State.*

*H. P. McCoy, Jr., for defendant appellant.*

BRITT, HEDRICK and MARTIN, Judges.

No error.